# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-03300-JPB
## Cheng v. Chen
## Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 08/05/2025.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 1:45 P.M.      COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:15                 DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Adam Urbanczyk representing Lulu Cheng<br>Shaoyi Che & Zhongyi Huang on behalf of certain Defendants (PHV pending) |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court convened to discuss Plaintiff's Motions for TRO & Preliminary Injunction.  The Court ordered Plaintiff's reply brief to the Motion for Preliminary Injunction due August 15, 2025.  A hearing on the motion will be set for 1:00 PM on August 19, 2025, via ZOOM. Plaintiff asked the Court to extend the TRO through the motion briefing period.  Defendants objected.  Plaintiff will remit a brief by the end of the day today in support of this request; Defendants' responses are due by the end of the day on August 6. The Court took the parties' requests under advisement. |
| HEARING STATUS: | Hearing Concluded |