# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Lulu Cheng, | ) | |
| Plaintiff, | ) | Case No.: 1:25-cv-03300-JPB |
| v. | ) | |
| | ) | |
| AIWEN CHEN, et al., | ) | |
| Defendants. | ) | |

## Notice of Dismissal Under Rule 41

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lulu Cheng hereby dismisses this action against the following defendant(s), with each party to bear its own attorneys' fees and costs:

| Defendant Name | Amazon Seller ID |
|---|---|
| Ruic | ATHVQYPIBGPYA |

Dated:   August 6, 2025

Respectfully Submitted

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17 Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Plaintiff*