# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Lulu Cheng, | ) | |
|         Plaintiff, | ) | Case No.: 1:25-cv-03300-JPB |
| v. | ) | |
| | ) | |
| AIWEN CHEN, et al., | ) | |
|         Defendants. | ) | |

### Notice of Withdrawal of Motion for Preliminary Injunction

**PLEASE TAKE NOTICE** that Plaintiff hereby withdraws her motion for entry of a preliminary injunction [Dkt. 48].

Dated:     August 7, 2025

                                                               Respectfully Submitted

                                                               /s/Adam E. Urbanczyk
                                                               Adam E. Urbanczyk
                                                               AU LLC
                                                                444 W. Lake St. 17 Floor
                                                               Chicago, IL 60606
                                                               (312) 715-7312
                                                               adamu@au-llc.com
                                                               *Counsel for Plaintiff*