### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| Lulu Cheng, | ) |
| Plaintiff, | ) Case No.: 1:25-cv-03300-JPB |
| v. | ) |
| | ) |
| AIWEN CHEN, et al., | ) |
| Defendants. | ) |

## Statement Under Georgia Rule of Professional Conduct 3.3

**NOW COMES** undersigned counsel, in the spirit of Georgia Rule of Professional Conduct 3.3, and provides the following statement:

1. On June 12, 2025, Plaintiff's complaint, predicated on claims of federal trademark infringement and unfair competition under the Lanham Act, was filed. [Dkt. 1].

2. Simultaneous with the filing of the Complaint, a motion for entry of a temporary restraining order was filed [Dkt. 4] that was supported by, *inter alia*, the declaration of Plaintiff Lulu Cheng and exhibits thereto [Dkts. 4-3 - 4-10].

3. The Court granted plaintiff's motion for entry of a temporary restraining order on July 8, 2025 [Dkt. 10], and that order was promptly provided to Amazon.com. Amazon provided expedited discovery in response to the TRO on July 17, 2025, and restrained the ASINs at-issue in the case along with the Defendants' Amazon Pay accounts.

4. Plaintiff settled its claims with one defendant, Ruic, and that defendant was

dismissed in the afternoon on August 6, 2025.  [Dkt. 60].

5. Late on August 6, 2025, undersigned counsel became aware of the fact that the Declaration of Lulu Cheng was not accurate.  Undersigned counsel immediately informed Amazon.com that the TRO should be dissolved, which Amazon indicated would happen quickly.  **Exhibit 1**.  To the knowledge of undersigned counsel, the restraints imposed by the TRO were so and remain lifted.

6. On August 7, 2025, the Plaintiff's pending motion for entry of a preliminary injunction was withdrawn.  [Dkt. 61].

7. Undersigned counsel has consulted the Georgia Rules of Professional Conduct, and the State Bar of Georgia Office of the General Counsel concerning obligations to the Court under Rule 3.3.

8. On August 20, 2025, the Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Order to Show Cause and Declaration of Lulu Cheng by Lulu Cheng was withdrawn [Dkt. 64].

9. Also on August 20, 2025, certain defendants filed their answer to the complaint along with a counterclaim.  [Dkt. 63].

10. All defendants in the case, with the exception of those who have answered, have been dismissed under Fed. R. Civ. P. 41(a)(1)(A)(i).  [Dkts. 60, 62, 65].

11. Undersigned counsel has conferred with counsel for the answering defendants

regarding settlement.

12. Undersigned counsel cannot continue to represent Plaintiff and intends to withdraw from the case. On the information of undersigned counsel, Plaintiff will not be opposing the withdrawal, and does not oppose dismissing the action.

13. Undersigned counsel respectfully requests the Court's guidance in the matter, including setting a remote hearing.

Dated:   August 22, 2025

                                               Respectfully Submitted

/s/Adam E. Urbanczyk  
Adam E. Urbanczyk  
AU LLC  
444 W. Lake St. 17 Floor  
Chicago, IL 60606  
(312) 715-7312  
adamu@au-llc.com  
*Counsel for Plaintiff*