# Exhibit 1



Adam Urbanczyk <adamu@au-llc.com>

# Lulu Cheng - 25-cv-03300 (NDGA), dissolution of TRO

**Adam E. Urbanczyk** <adamu@au-llc.com>  Thu, Aug 7, 2025 at 10:07 AM
To: "Wright, Hollyn [C]" <wrhollyn@amazon.com>

Holly,

Great, thank you for the quick turnaround.
--



**Adam E. Urbanczyk**

Principal Attorney

AU LLC 444 W. Lake St. 17th Floor Chicago, IL 60606

(312) 715-7312 | au-llc.com | sellerlitigation.com

This email may contain privileged and/or confidential information which would be for the sole use of the intended recipients. If you believe you have received this email in error, please notify us immediately and delete the email from your system.

On Thu, Aug 7, 2025 at 9:05 AM Wright, Hollyn [C] <wrhollyn@amazon.com> wrote:

> Good morning Adam – I have requested that all of the sellers' accounts be released and their ASINs reinstated. I will let you know as soon as they has been completed. The sellers should receive notification within 24-48 hours. Please let me know if you need anything further.
>
> -Holly
>
>
> With appreciation,
>
> Holly Wright
>
> Paralegal
>
> (She/Her)
>
> E: wrhollyn@amazon.com
>
> Time Zone: Central
>
> amazon
>
> NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, transmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received. Thank you.

**From:** Adam E. Urbanczyk <adamu@au-llc.com>
**Sent:** Wednesday, August 6, 2025 11:36 PM
**To:** Wright, Hollyn [C] <wrhollyn@amazon.com>
**Cc:** TRO Notices <tro-notices@amazon.com>
**Subject:** [EXTERNAL] [UNVERIFIED SENDER] Lulu Cheng - 25-cv-03300 (NDGA), dissolution of TRO

> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Hi Holly,

We just became aware of information that will require us to withdraw our original motion for entry of the temporary restraining order, dissolve the TRO, and in short order withdraw from representation of the Plaintiff in this case. Please lift and remove any restraints imposed by this 25-cv-03300 NDGA case on all of the defendants, and if you can confirm when that happens we will appreciate it.

--



**Adam E. Urbanczyk**
Principal Attorney
AU LLC 444 W. Lake St. 17th Floor Chicago, IL 60606
(312) 715-7312 | au-llc.com | sellerlitigation.com

This email may contain privileged and/or confidential information which would be for the sole use of the intended recipients. If you believe you have received this email in error, please notify us immediately and delete the email from your system.